IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED in Clerk's Office
JAN -5 2021
U.S. District Court
Middle District of TN

Plaintiff(s): Mary Harown

v.

Defendant(s): Amazon (warehouse)

Case Number: 3:20-CV-01029
Judge: Tranger
Magistrate Judge: ____

Type of Pleading: Americans with Disabilites

Best Regards.
This is Mary Harown
I am 43 years old I live in smyrna TN
I'm writing this because I felt that I had been discriminated against by my Former employer because of my disability I got fired from Amazon on 02/22/2020 I was on short term disability from 03/2018 until 07/2018 After that I got approved for long term disability from 08/2018 until 08/2020 since then, I did not receve any income from my employer or the long term disability because one of the

Long term disability doctor permitted me to work thirty two hours a week, but unfortunately, I could not work because of my critical condition. The doctor, which I was following with told me that I can't perform any number of hours now, I'm also pursuing a different doctor right now and he said to me that I Could n't go to work befor I do back surgery After I got fired from the job. I suffered from bad depression and two suicide attempts because of all that happened to me

sincerely
Mary Harown

What I was doing in Amazon:-
They were filling up the carts and what I had to do was getting the items off the cart and put it on the table in front of the computer so we can ship it in the big trucks.

What was wrong with working in Amazon
I was supposed to work fast so I can make my rate and keep my job and I had to do 170 an hour and they didn't care about me all they cared about was getting the job done. Sometimes the items were big and weighed a lot. I really needed the money so I had to work hard and make my numbers (rate) so I don't get fired and to support my family.

After working in Amazon I started feeling back pain and I found out later on that there was pressure on my back nerves and of course that wasn't easy to deal with after going to the doctor he told me to reduce my work hours from 40 hours a week to 24 hours. I even couldn't work the 24 hours because of the pain it was miserable. Then I got a note from my doctor for a medical leave to do a surgery in my back hoping I would get better. Unfortunately I didn't get better after the surgery and the pain was the same. I couldn't do anything I was just laying on the bed and I couldn't even get up, even in my sleep I was having pain. Nothing was helping the pain I was trying to keep my self distracted by standing up for little bit or sitting down but nothing was changing. My doctor gave me pain medication and Anesthetic and he told me to take them four times a day. I got depressed because of the pain and I was feeling really bad after they fired me from Amazon I even thought of suiciding two times.

Mary Haroun
(Signature)

Mary Aiad Agaiby Haroun
(Print Name)

654 Windellwood Cir
smyrna TN 37167
6158923737
(Address & Telephone Number, if any)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading)_____
has been served on:

(Name) Mary Aiad Agaiby Harown
(Address) 654 Windellwood Cir Smyrne
(Address) TN 37167

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the  01  day of  01 _____, 20 21.

_____Mary Harown_____
Signature

USPS Priority Mail 1-Day label

- US POSTAGE PAID: $7.75
- Origin: 37167
- 01/04/21
- 4779800167-05
- 0 Lb 5.00 Oz
- 1006
- EXPECTED DELIVERY DAY: 01/05/21
- C046

SHIP TO:
801 BROADWAY
STE 800
Nashville TN 37203-3869

USPS TRACKING® NUMBER
9505 5140 5819 1004 5371 41

FROM: Mary Harown
654 Windellwood Cir
Smyrna TN 37167

TO: Government office
801 Broadway ste 800
Nashville TN 37203

To schedule free Package Pickup, scan the QR code.

...the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. ...may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.