IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED 2022 JAN 24 PM 12: 11
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Mary Harown
    Plaintiff(s),

v.

Amazon
    Defendant(s).

Case Number 3:20-CV-1024

Judge Trauger/Frensley

Magistrate Judge _____

_____(Type of Pleading)_____

This is Mary Harown.

I receved the order by Friday 01/22/2022 to make a notice

I in need the help for this order and I don't want dismiss this case

I tried many times to ask

help but with no help.
I'm a mom for 3 kids and
I can't find any job with
this back problems

Mary Harbun
(Signature)

Mary Harbun
(Print Name)

1007 Infinity
Court Smyrna 37167
615 892 3737
(Address & Telephone Number, if any)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading)_____
has been served on:

(Name)        _____
(Address)     _____
(Address)     _____

(Name)        _____
(Address)     _____
(Address)     _____

(Name)        _____
(Address)     _____
(Address)     _____

(Name)        _____
(Address)     _____
(Address)     _____

(Name)        _____
(Address)     _____
(Address)     _____

(Name)        _____
(Address)     _____
(Address)     _____

(Name)        _____
(Address)     _____
(Address)     _____

(Name)        _____
(Address)     _____
(Address)     _____

on the 2/24 day of 01/24 , 20 22 .

_Mary Harewh_
Signature