# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARY AIAD AGAIBY HAROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-cv-01029 |
| | ) Judge Aleta A. Trauger |
| AMAZON (WAREHOUSE), | ) Magistrate Judge Jeffrey Frensley |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiff's Objections (Doc. No. 48) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED**. The R&R (Doc. No. 47) is **ACCEPTED** in its entirety, and the defendant's Motion for Summary Judgment (Doc. No. 42) is **GRANTED**. This case is **DISMISSED**.

This is the final Order in this case, for purposes of Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge